UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**OCT 1 2 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANA O. ROVER,
14600 Frisco Court
Woodbridge, VA 22193

    Plaintiff,

  v.

GIANT OF MARYLAND, LLC
6300 Sheriff Road
Landover, MD 20785

    Defendant.

CASE NUMBER 1:05CV02017

JUDGE: John D. Bates

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 10/12/2005

## NOTICE OF REMOVAL

Defendant Giant of Maryland, LLC, hereby files this Notice of Removal of the above-described action to the United States District Court for the District of Columbia from the Superior Court of the District of Columbia where the action is now pending, as provided by Title 28, Section 1446, U.S. Code, and states:

1. This cause was commenced in the Superior Court of the District of Columbia on or about July 18, 2005. Defendant's notice came with the service of the Summons, Complaint, and Initial Order on September 13, 2005.

2. This is a personal injury action based on negligence and the United States District Court for the District of Columbia has jurisdiction by reason of the diversity of citizenship of the parties, under 28 U.S.C. 1332.

3. The matter in dispute exceeds the sum of seventy-five thousand dollars, exclusive of interest and costs.

4. The plaintiff is a resident of Virginia.

5. The defendant is Limited Liability Company with citizenship in Maryland.

6. A copy of all process, pleadings, and orders served upon the defendant is filed with this notice.

7. The defendant is concurrently serving written notice of the filing of this notice with the Clerk of the Superior Court of the District of Columbia as required by 28 U.S.C. 1446(d). A copy of this notice is attached.

WHEREFORE, Defendant requests that this action proceed in this Court as an action properly removed to it.

Dated: 10/10/05

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: _____
A. David Freeman #484795
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036
(p)(202) 496-2837
(f)(202) 496-2800
Counsel for Giant of Maryland, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2005, I mailed by first class mail, postage pre-paid, a copy of the foregoing Notice of Removal to the following legal counsel and parties of record:

        Edward C. Bou
        BOU & BOU
        1717 K Street, N.W.
        Washington, DC 20036

_____
A. David Freeman