09/14/2005 12:46 FAX 617 770 6418     STOP & SHOP EXEC.                                  ☒006

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

ANA O. ROVER
14600 Frisco Court
Woodbridge, VA 22193

    Plaintiff,

vs.

GIANT OF MARYLAND LLC
Serve:
 Registered Agent:
Corporation Service Company
1090 Vermont Avenue, N.W.
Washington, DC 20005

    Defendant.

Civil Action No.  05-0005513



RECEIVED
CIVIL CLERK'S OFFICE
JUL 1 8 2005
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

## COMPLAINT

COMES NOW the Plaintiff, ANA O. ROVER, by and through counsel, Edward C. Bou, Esquire, Stephen A. Bou, Esquire, Lawrence K. Bou, Esquire, and the Law Offices of Bou & Bou, and brings this action against Defendant, GIANT OF MARYLAND LLC (HEREINAFTER REFERRED TO AS "GIANT"), duly qualified to do business in the District of Columbia at all times relevant to these pleadings and contents of same, and for her Complaint, states:

1.     This Honorable Court has jurisdiction hereof by virtue of D.C. Code §11-921, et seq., as amended.

2.     That on or about May 28, 2004, at approximately 11:00 p.m., the Plaintiff, ANA O. ROVER, was a customer and business invitee on the premises located at 4309 Dale Boulevard in Woodbridge, Virginia, operated by the Defendant, GIANT, the Plaintiff alleges, that the Defendant, by and through its agent, servant and/or

1

employee, and within the scope of their authority, did carelessly and negligently operate a floor buffering machine in such a way as to hit and run over the Plaintiff's foot, causing Plaintiff to sustain major personal injuries as hereinafter set forth.

3. That as a direct and proximate result of the aforesaid negligence of the Defendant, GIANT, Plaintiff sustained/incurred past, present, and future medical bills, lost wages, cosmetic scarring, pain and suffering, etc.

WHEREFORE, the premises considered, Plaintiff, ANA O ROVER, brings this action and demands Judgment against Defendant, GIANT OF MARYLAND LLC, in the sum of Two-Hundred Fifty Thousand Dollars ($250,000.00) plus the costs of this action.

Respectfully submitted,

BOU & BOU

_____
By: Edward C. Bou, Esquire
Attorney ID #37713
1717 K Street, N.W.
Suite 407
Washington, D.C. 20036
(202) 223-1934
Counsel for Plaintiff

PLAINTIFF DEMANDS A TRIAL BY JURY OF 5 AS TO ALL ISSUES.

_____
Edward C. Bou

2