09/14/2005 12:45 FAX 817 770 418     STOP & SHOP EXEC.     ☒003



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ANA O ROVER
Vs.                                            C.A. No.     2005 CA 005513 B
GIANT OF MARYLAND LLC

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case is assigned to the judge designated below. All future filings in this case shall bear the name of the judge currently assigned to the case beneath the case number in the caption. Upon the filing of any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge NATALIA COMBS GREENE
Date:     July 18, 2005
Initial Conference: 9:00 am, Friday, October 21, 2005
Location: Courtroom 312
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

Caio-60.doc

09/14/2005  01:04PM

09/14/2005 12:45 FAX 617 770 7716   STOP & SHOP EXEC.   ☒004

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone: 879-1133

| ANA O. ROVER | |
|---|---|
| Plaintiff | 05-0005513 |
| vs. | Civil Action No. [        ] |
| GIANT OF MARYLAND LLC | |
| Defendant | |

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

| Edward C. Bou, Esquire, D.C. Bar #37713 |
|---|
| Name of Plaintiff's Attorney |
| 1717 K Street, NW, Suite 407 |
| Address |
| Washington, DC 20036 |
| (202) 223-1934 |
| Telephone |

By _____
Deputy Clerk

Date: 7-18-05

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

09/14/2005   01:04PM

09/14/2005 12:45 FAX 617 770 3416        STOP & SHOP EXEC.                                    ☒005

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

09/14/2005  01:04PM

Tom Hippler
09/14/2005 08:24 AM

To: MGH/MAC/US/Ahold, Michael Rosemark/MAC/US/Ahold@Ahold
cc: Linda DelGreco/STOPANDSHOP/US/Ahold@Ahold
bcc:
Subject: Fw: Notice of Service of Process

Rec'd a/15

For your review. Please handle. Thanks.

----- Forwarded by Tom Hippler/STOPANDSHOP/US/Ahold on 09/14/2005 08:24 AM -----

sop@cscinfo.com
09/13/2005 06:20 PM

To: thippler@stopandshop.com
cc:
bcc:
Subject: Notice of Service of Process

## Corporation Service Company ®

**NOTICE OF SERVICE OF PROCESS**

Transmittal Number: 4160456
Date: 09/13/2005

96/9227/54

Pursuant to client instructions, we are forwarding this summary and notice of Service of Process. The actual document has been sent to the primary contact listed below.

| | |
|---|---|
| **Entity:** | Giant Of Maryland LLC |
| **Entity I.D. Number:** | 2111205 |
| **Entity Served:** | Giant of Maryland LLC |
| **Title of Action:** | Ana O. Rover vs. Giant of Maryland LLC |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court:** | Superior Court of the District of Columbia, Civil Division, District Of Columbia |
| **Case Number:** | 05-0005513 |
| **Jurisdiction Served:** | District Of Columbia |
| **Date Served on CSC:** | 09/13/2005 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Plaintiff's Attorney:**
Edward C. Bou
202-223-1934

**Primary Contact:**
Mr. Thomas A. Hippler
Stop & Shop

**Copy of transmittal only sent to:**
Colleen Brinkman

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

Please visit www.incspot.com for more information on CSC's Litigation and Matter Management services, including service of process (SOP) history, online acknowledgement of SOP, fully electronic scanned SOP and SOP package tracking information.

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882  |  sop@cscinfo.com

09/14/2005 12:44 FAX 617 770 16      STOP & SHOP EXEC.                            ☒002



CORPORATION SERVICE COMPANY

RECEIVED
SEP 14 2005

GDF / ALL
Transmittal Number: 4160456
Date Processed: 09/13/2005

## Notice of Service of Process

| | |
|---|---|
| Primary Contact: | Mr. Thomas A. Hippler<br>Stop & Shop<br>1385 Hancock Street<br>Quincy, MA 02169 |
| Copy of transmittal only sent to: | Colleen Brinkman |
| Entity: | Giant Of Maryland LLC<br>Entity ID Number 2111205 |
| Entity Served: | Giant of Maryland LLC |
| Title of Action: | Ana O. Rover vs. Giant of Maryland LLC |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court: | Superior Court of the District of Columbia, Civil Division, District Of Columbia |
| Case Number: | 05-0005513 |
| Jurisdiction Served: | District Of Columbia |
| Date Served on CSC: | 09/13/2005 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | Edward C. Bou<br>202-223-1934 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
2711 Centerville Road Wilmington, DE 19808 (866) 690-2882 | sop@cscinfo.com

09/14/2005 01:04PM



IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANA ROVER | : |
| | : |
| Plaintiff, | :    Civil Action No. 05-0005513 |
| | :    Judge Natalia Combs Greene |
| v. | :    Next Event: Initial Scheduling Conference |
| | :           October 21, 2005 @ 9:00 a.m. |
| GIANT OF MARYLAND, LLC | : |
| | : |
| Defendant. | : |

**DEFENDANT'S NOTICE OF REMOVAL**

To the Clerk of this Court:

KINDLY TAKE NOTICE that the defendant, Giant of Maryland, LLC, has removed the instant action to the United States District Court for the District of Columbia pursuant to 28 U.S.C. Section 1332, 28 U.S.C. Section 1441(b) and 28 U.S.C. Section 1446. Attached to this Notice is a copy of the Notice of Removal, which has been filed in the United States District Court for the District of Columbia .

                                           Respectfully submitted,

                                           JORDAN COYNE & SAVITS, L.L.P.

                       By: /s/ A. David Freeman
                                A. David Freeman #484795
                                1100 Connecticut Avenue, NW
                                Suite 600
                                Washington, DC 20036
                                (202) 496-2837
                                Fax: (202) 496-2800

                                Counsel for Defendant Giant of Maryland, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this /0/ day of October, 2005, I mailed by first class mail, postage pre-paid, a copy of the foregoing Notice of Removal to the following legal counsel and parties of record:

Edward C. Bou
BOU & BOU
1717 K Street, N.W.
Washington, DC 20036

A. David Freeman