IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANA O. ROVER,                                              *

        Plaintiff                                  *

    v.                                                    *          Case No.:  1:05CV02017

GIANT OF MARYLAND, LLC                          *          Judge John D. Bates

        Defendant                                  *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**NOTICE OF APPEARANCE**

Please enter the appearance of Robert L. Hebb as counsel for Defendant, Giant of Maryland,

LLC.

                                                 */s/ Robert L. Hebb*
                                                 Robert L. Hebb
                                                 Semmes, Bowen & Semmes
                                                 250 West Pratt Street
                                                 Baltimore, Maryland  21201
                                                 (410) 539-5040

                                                 Attorneys for Defendant,
                                                 Giant of Maryland, LLC

B0561260.WPD; 9685-3335