IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA O. ROVER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Case No.: 1:05CV02017 |
| | : Judge John D. Bates |
| GIANT OF MARYLAND, LLC | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE OF WITHDRAWAL**

Please withdraw the appearance of A. David Freeman as counsel for Defendant, Giant of Maryland, LLC. Robert L. Hebb will remain as counsel for Defendant, Giant of Maryland, LLC.

                              Respectfully submitted,

                              JORDAN COYNE & SAVITS, L.L.P.

By: _____
A. David Freeman #484795
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036
(p)(202) 496-2837
(f)(202) 496-2800

## CERTIFICATE OF SERVICE

I hereby certify that on this 16 day of November, 2005, I mailed by first class mail, postage pre-paid, a copy of the foregoing Notice of Withdrawal to the following legal counsel and parties of record:

> Edward C. Bou
> BOU & BOU
> 1717 K Street, N.W.
> Washington, DC 20036
>
> Robert L. Hebb
> Semmes, Bowen & Semmes
> 250 West Pratt Street
> Baltimore, MD 21201

A. David Freeman