IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANA O. ROVER, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:05CV02017 |
| GIANT OF MARYLAND, LLC, | * | Judge John D. Bates |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **DEFENDANT'S MOTION TO TRANSFER**

Defendant, Giant of Maryland, LLC ("Giant"), by its attorneys, Robert L. Hebb and Semmes, Bowen and Semmes, moves pursuant to 28 U.S.C. § 1404 to transfer these proceedings to the United States District Court for the Eastern District of Virginia, Alexandria Division, and with good cause states as follows:

1. Plaintiff, a citizen of Virginia, alleges she suffered injury at Defendant's grocery store located in Virginia when a floor buffing machine owned and operated by a company based in Virginia struck her foot.

2. For the convenience of Virginia residents that may be called to testify at trial, and in light of public-interest factors favoring that this matter proceed in a Virginia court, this case should be transferred to the United States District Court for the Eastern District of Virginia.

3. Defendant submits along herewith a memorandum setting forth more specifically those reasons supporting transfer.

WHEREFORE, Defendant request that this Court transfer this case to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1404.

- 2 -

                                                    /s/ Robert L. Hebb
                                                  Robert L. Hebb
                                                  Semmes, Bowen & Semmes
                                                  250 West Pratt Street
                                                  Baltimore, Maryland  21201
                                                  (410) 539-5040
                                                  ***Attorneys for Defendant,***
                                                  ***Giant of Maryland, LLC***

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 28th day of November, 2005, a copy of Defendant's Motion to Transfer, Memorandum of Law in Support thereof and proposed Order was mailed first class, postage prepaid, to:

                        Edward C. Bou
                        Bou & Bou
                        1717 K Street, N.W.
                        Washington, DC 20036
                        ***Attorney for Plaintiff***

                                                  /s/ Robert L. Hebb
                                                  Robert L. Hebb