IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANA O. ROVER, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:05CV02017 |
| GIANT OF MARYLAND, LLC, | * | Judge John D. Bates |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Defendant's Motion to Transfer, and any opposition thereto, it is this

___ day of _____, 2005

ORDERED, that Defendant's Motion to Transfer is GRANTED; and

ORDERED, that Case No. 1:05CV02017 is hereby transferred to the United States District Court for the Eastern District of Virginia, Alexandria Division, pursuant to 28 U.S.C. § 1404.

_____
The Honorable John D. Bates, United States
District Court for the District of Columbia

copies to:

Edward C. Bou, Esquire
Bou & Bou
1717 K Street, N.W.
Washington, DC 20036
*Attorney for Plaintiff*

Robert L. Hebb, Esquire
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
*Attorneys for Defendant,*
*Giant of Maryland, LLC*