UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANA O. ROVER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**GIANT OF MARYLAND, LLC,**<br><br>**Defendant.** | Civil Action No.  05-2017 (JDB) |

## ORDER

Upon consideration of defendant's motion to transfer, the failure of plaintiff to supply any reason why this Court is a proper venue, the circumstances giving rise to plaintiff's cause of action, and the entire record herein, it is this twenty-seventh day of December, 2005, hereby

**ORDERED** that the defendant's motion is **GRANTED**; and it is further

**ORDERED** that plaintiff's action is transferred to the United States District Court for the Eastern District of Virginia pursuant to the discretion of the Court under 28 U.S.C. § 1404(a).

```
                            /s/     John D. Bates
                                JOHN D. BATES
                          United States District Judge
```

Dated:  December 27, 2005

Copies to:

Edward Charles Bou
BOU & BOU
1717 K Street, NW
Washington, DC 20006

(202) 223-1934
Fax: 202-775-1134
    *Counsel for plaintiff*

Robert L. Hebb
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Baltimore, MD 21201-2423
(410) 576-4862
Fax: (410) 539-5223
Email: rhebb@mail.semmes.com
    *Counsel for defendant*